

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2015

No. 04-15-00390-CR

Rebecca Fayelayne **NELSON,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5543
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is GRANTED. Time is extended to December 2, 2015. No further extensions of time will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court